IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SARA DU,

    Plaintiff,

v.

CAREMAX INC,

    Defendant.
_____/

No. C 06-05323 CRB

**ORDER**

    Plaintiff filed this action in pro per in August 2006.  At that time the Court scheduled a case management conference for December 1, 2006.  On September 7, 2006, the Court granted plaintiff's application to proceed in forma pauperis.  Plaintiff did not appear at the case management conference on December 1, 2006 and has not otherwise communicated with the Court.  Accordingly, plaintiff is ordered to show cause why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41 for a failure to prosecute.  In particular, plaintiff is ordered to appear at a case management conference at **10:00 a.m. on December 15, 2006 in Courtroom 8 at 450 Golden Gate Avenue**.  Plaintiff is warned that her failure to appear for the conference may result in dismissal of her action with prejudice.

    **IT IS SO ORDERED.**

Dated: Dec. 1, 2006

                                        CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5323\ordertoshowcause.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28