**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA DU, | No. C 06-05323 CRB |
|     Plaintiff, | **ORDER** |
|   v. | |
| CAREMAX INC, | |
|     Defendant. / | |

The Court ordered to show cause why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41 for a failure to prosecute, and, in particular, ordered plaintiff to appear at a case management conference at 10:00 a.m. on December 15, 2006 in Courtroom 8 at 450 Golden Gate Avenue. The Court specifically warned plaintiff that her failure to appear for the conference could result in dismissal of her action with prejudice. Plaintiff did not appear for the conference and has not otherwise communicated with the Court. Accordingly, her action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41.

    **IT IS SO ORDERED.**

Dated: Dec. 15, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5323\orderofdismissal.wpd