**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA DU,<br><br>    Plaintiff,<br><br>  v.<br><br>CAREMAX INC. dba CAREMAX INTERNATIONAL,<br><br>    Defendant.<br>_____/ | No. C 06-05323 CRB<br><br>**ORDER GRANTING MOTION FOR RELIEF FOR JUDGMENT** |

    Now pending before the Court is plaintiff's motion for relief under Federal Rule of Civil Procedure 60(b)(1). As plaintiff has shown good cause for her motion, the motion is GRANTED and the judgment is VACATED. As the Court previously granted plaintiff's application to proceed *in forma pauperis*, the Clerk shall issue summons and the U.S. Marshal shall serve, without prepayment of fees, a copy of the complaint, scheduling orders and this order upon the defendant, as directed in the Court's order of September 7, 2006.

    The parties shall appear for an initial case management conference in Courtroom 8, 19th Floor, 450 Golden Gate Avenue at **8:30 a.m. on March 30, 2007.**

    **IT IS SO ORDERED.**

Dated: Jan. 10, 2007

                                                      CHARLES R. BREYER<br>
                                                    UNITED STATES DISTRICT JUDGE