COOPER, WHITE & COOPER LLP
CHRISTOPHER J. MEAD (SBN 115091)
    cmead@cwclaw.com
LEILA C. KNOX (SBN 245999)
    lknox@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SARA DU,<br><br>    Plaintiff,<br><br>vs.<br><br>CAREMAX, INC. dba CAREMAX INTERNATIONAL,<br><br>    Defendant. | CASE NO. C 06 5323<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff Sara Du and Defendant Caremax, Inc., through their respective counsel, hereby stipulate to continue the May 4, 2007, case management conference to June 1, 2007, at 8:30 a.m.

DATED: May 1, 2007                          COOPER, WHITE & COOPER LLP

                                            By: _____
                                                Leila C. Knox
                                                Attorneys for Defendant

DATED: May 1, 2007                          LEGAL AID SOCIETY

                                            By: _____
                                                Claudia Center
                                                Attorneys for Plaintiff

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

560136.1                                                                           C 06 5323
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the case management conference shall be continued to June 1, 2007, at 8:30 a.m.

BY THE COURT

DATED: May 02, 2007



_____
Charles R. Breyer
Judge

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

560136.1

2

C 06 5323

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE